UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO CASTILLO, | No. 2:21-cv-1194 DB P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| COUNTY OF ELDORADO, | |
| Respondent. | |

Petitioner is a county inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. In an order filed July 12, 2021, this court ordered petitioner to either pay the filing fee or submit a motion to proceed in forma pauperis within 30 days. Petitioner was warned that his failure to comply with the July 12 order would result in a recommendation that this action be dismissed. (ECF No. 3.) Thirty days have passed and petitioner has not paid the filing fee, submitted a motion to proceed in forma pauperis, or otherwise responded to the July 12 order.

Accordingly, the Clerk of the Court is HEREBY ORDERD to randomly assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed for petitioner's failure to comply with a court order and failure to prosecute this case. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

////

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 3, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Habeas/R/cast1194.fta fr